IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JASON SCOTT MORROW,      )
                                    )
        Plaintiff,        )
                                    )
v.                            )     CIVIL ACT. NO.  2:13cv429-CSC
                                    )
WHALEY CONSTRUCTION CO., INC.,  )
                                  )
        Defendant.    )

**OPINION and ORDER**

On June 19, 2014, this court held a hearing on the parties' joint motion to approve contingent settlement (doc. # 17) filed on May 27, 2014.  Pursuant to 28 U.S.C. § 636(c)(1) and M.D. Ala. LR 73.1, the parties have consented to a United States Magistrate Judge conducting all proceedings in this case and ordering the entry of final judgment.

At the hearing, the court reviewed the motion, and settlement agreement and received additional information from the parties. The court finds that the compromise settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act provisions. Accordingly, based on the parties' consent and after consideration of the motion, it is

ORDERED and ADJUDGED as follows that:

1.     The joint motion to approve settlement (doc. # 17) be and is hereby GRANTED and the settlement be and is hereby APPROVED;

2.     The court will enter a Stipulated Judgment in accordance with the Settlement Agreement.

3.      This case be and is hereby DISMISSED with prejudice, each party to bear its

own costs.

Done this 19th day of June, 2014.


_____/s/Charles S. Coody_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE